UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-40290 |
| | ) | Chapter 7 |
| Sharon L. Crichton | ) | |
| | ) | |
| SSN/ITIN xxx-xx-0237 | ) | |
| | ) | EARNER'S STATEMENT |
| | ) | REGARDING PAYMENT ADVICES |
| | ) | |
| Debtor. | ) | |

In accordance with 11 U.S.C. § 521(a)(1)(B)(iv), I, Debtor Sharon L. Crichton, state

I have attached all the payment advices (also known as wage or earnings statements) or other evidence of payments that I have received from all employers during the 60 days before I filed my bankruptcy petition. Any personal identification information, such as my Social Security number or a bank account number, has been redacted from the payment advices.

Dated: May 22nd, 2013

/s/ *Sharon L. Crichton*
Sharon L. Crichton

Employee Earnings Detail Display

Employee  002178   CRICHTON, SHARON L          Period Ending 11/11/2012

| EARNINGS | | | TAXES | | |
|---|---|---|---|---|---|
| Type | Hours | Pay | Type | Taxable | Amount |
| Regular | 80.00 | 1,961.54 | Federal | 1,915.51 | 232.44 |
| Overtime | | | State | 1,915.51 | |
| Holiday | | | Fica 1 | 1,915.51 | 80.45 |
| Incentive | | | Fica 2 | 1,915.51 | 27.77 |
| PTO | | | State Disability | | |
| Non Worked | | | State Unemployment | | |
| Misc | | | | | |
| Bonus | | | | | |
| Wellness | | | | | |
| Rembursed | | | | | |
| Totals: | 80.00 | 1,961.54 | | | 340.66 |

DEDUCTIONS

| Code | Description | Amount |
|---|---|---|
| 1 | GROUP HEALTH | 34.28 |
| 3 | GROUP DENTAL | 11.75 |
| 15 | EMPL/ER SD SUTA | .00 |
| 21 | EMP/ER FED FUTA | .00 |

Check 21338   Deduct Total  66.03   Net Pay  1,554.85   Chk Date 11/16/2012

F3 to End

```
11/26/2012                    DIRECT DEPOSIT SUMMARY                         PRRB60
```

# JDS Industries, Inc.

SHARON L CRICHTON

DEPOSIT DATE 11/30/2012

W/H 01    DEPT 21

EMPLOYEE #    2178

```
AMOUNT DEPOSITED:        1606.78          Direct Deposit #   21516

            HOURS       CUR.        Y-T-D                           CUR.        Y-T-D
            -------------------------------              -----------------------------
REGULAR     64.00     1569.24     33286.58    FED TAX    243.94     4464.43
HOLIDAY     16.00      392.30       976.91    FICA TAX 1  82.38     1464.87
PTO PAY                             775.01    FICA TAX 2  28.44      505.65
BONUS PAY                           300.00    GROUP HEALTH            342.80
                                              GROUP DENTAL            117.50
                                              RED CROSS                20.00


Incent Used     .00   Incent Bal     .00
  PTO Used   32.00   PTO Balance   48.00    Renewal Date   3/19/2013

  CUR GROSS        CUR TAX        CUR DED      CUR REIMB      CUR NET
  -----------------------------------------------------------------------
   1961.54         354.76                                     1606.78


  YTD GROSS        YTD TAX        YTD DED      YTD REIMB      YTD NET
  -----------------------------------------------------------------------
  35338.50        6434.95         480.30                     28423.25
```

Employee Earnings Detail Display

Employee  002178   CRICHTON, SHARON L                Period Ending  12/09/2012

### EARNINGS

| Type | Hours | Pay |
|---|---|---|
| Regular | 80.00 | 1,961.54 |
| Overtime | | |
| Holiday | | |
| Incentive | | |
| PTO | | |
| Non Worked | | |
| Misc | | |
| Bonus | | |
| Wellness | | |
| Rembursed | | |
| Totals: | 80.00 | 1,961.54 |

### TAXES

| Type | Taxable | Amount |
|---|---|---|
| Federal | 1,915.51 | 232.44 |
| State | 1,915.51 | |
| Fica 1 | 1,915.51 | 80.45 |
| Fica 2 | 1,915.51 | 27.77 |
| State Disability | | |
| State Unemployment | | |
| | | 340.66 |

### DEDUCTIONS

| Code | Description | Amount |
|---|---|---|
| 1 | GROUP HEALTH | 34.28 |
| 3 | GROUP DENTAL | 11.75 |
| 15 | EMPL/ER SD SUTA | .00 |
| 21 | EMP/ER FED FUTA | .00 |

Check  21699   Deduct Total   46.03   Net Pay   1,574.85   Chk Date  12/14/2012

F3 to End

```
12/22/2012                    DIRECT DEPOSIT SUMMARY                          PRRB60
```



JDS Industries, Inc.

```
SHARON L CRICHTON

DEPOSIT DATE 12/28/2012

W/H 01    DEPT 21

EMPLOYEE #    2178
```

```
AMOUNT DEPOSITED:        1574.85           Direct Deposit #   21893

              HOURS      CUR.       Y-T-D                         CUR.        Y-T-D
             ------    --------   ---------                    --------    ---------
REGULAR       76.00     1863.46    37111.58    FED TAX           232.44      4929.31
HOLIDAY                              976.91    FICA TAX 1         80.45      1625.77
PTO PAY        4.00       98.08      873.09    FICA TAX 2         27.77       561.19
BONUS PAY                            300.00    GROUP HEALTH       34.28       411.36
                                               GROUP DENTAL       11.75       141.00
                                               RED CROSS                       20.00


Incent Used     .00    Incent Bal    .00
  PTO Used   36.00     PTO Balance 44.00    Renewal Date  3/19/2013


   CUR GROSS       CUR TAX       CUR DED      CUR REIMB        CUR NET
   ---------     ---------     ---------    -----------      ---------
    1961.54        340.66         46.03                        1574.85


   YTD GROSS       YTD TAX       YTD DED      YTD REIMB        YTD NET
   ---------     ---------     ---------    -----------      ---------
   39261.58       7116.27        572.36                       31572.95
```

```
1/07/2013                  DIRECT DEPOSIT SUMMARY                          PRRB60
```

SHARON L CRICHTON

DEPOSIT DATE  1/11/2013

W/H 01   DEPT 21

EMPLOYEE #   2178



JDS Industries, Inc.

```
AMOUNT DEPOSITED:       1539.99           Direct Deposit #   22079

          HOURS      CUR.       Y-T-D                              CUR.         Y-T-D
         -----------------------------------              -----------------------------
REGULAR   48.00     1176.93    1176.93    FED TAX        225.82       225.82
HOLIDAY   32.00      784.61     784.61    FICA TAX 1     118.68       118.68
                                          FICA TAX 2      27.76        27.76
                                          GROUP HEALTH    34.95        34.95
                                          GROUP DENTAL    12.34        12.34
                                          UNITED WAY       2.00         2.00


Incent Used      .00   Incent Bal      .00
  PTO Used   36.00    PTO Balance   44.00    Renewal Date  3/19/2013

  CUR GROSS       CUR TAX       CUR DED      CUR REIMB       CUR NET
 ------------------------------------------------------------------------
   1961.54        372.26         49.29                        1539.99


  YTD GROSS       YTD TAX       YTD DED      YTD REIMB       YTD NET
 ------------------------------------------------------------------------
   1961.54        372.26         49.29                        1539.99
```

2013 Tax Changes
As of 1/1/2013, FICA taxes increased by 2%
which will affect your net pay.

Case: 13-40290   Document: 10   Filed: 05/22/13   Page 7 of 15

1/22/2013                     DIRECT DEPOSIT SUMMARY                              PRRB60



JDS Industries, Inc.

SHARON L CRICHTON

DEPOSIT DATE   1/25/2013

W/H 01    DEPT 21

EMPLOYEE #    2178

AMOUNT DEPOSITED:        1591.80          Direct Deposit #   22263

|           | HOURS  | CUR.    | Y-T-D   |              | CUR.    | Y-T-D   |
|-----------|--------|---------|---------|--------------|---------|---------|
| REGULAR   | 80.00  | 2038.46 | 3215.39 | FED TAX      | 245.05  | 470.87  |
| HOLIDAY   |        |         | 784.61  | FICA TAX 1   | 123.45  | 242.13  |
|           |        |         |         | FICA TAX 2   | 28.87   | 56.63   |
|           |        |         |         | GROUP HEALTH | 34.95   | 69.90   |
|           |        |         |         | GROUP DENTAL | 12.34   | 24.68   |
|           |        |         |         | UNITED WAY   | 2.00    | 4.00    |

Incent Used    .00    Incent Bal    .00
 PTO Used   36.00    PTO Balance   44.00    Renewal Date   3/19/2013

| CUR GROSS | CUR TAX | CUR DED | CUR REIMB | CUR NET |
|-----------|---------|---------|-----------|---------|
| 2038.46   | 397.37  | 49.29   |           | 1591.80 |

| YTD GROSS | YTD TAX | YTD DED | YTD REIMB | YTD NET |
|-----------|---------|---------|-----------|---------|
| 4000.00   | 769.63  | 98.58   |           | 3131.79 |

```
2/04/2013                    DIRECT DEPOSIT SUMMARY                          PRRB60
```



**JDS Industries, Inc.**

```
SHARON L CRICHTON

DEPOSIT DATE   2/08/2013

W/H 01   DEPT 21

EMPLOYEE #    2178


AMOUNT DEPOSITED:        1591.80        Direct Deposit #   22451

             HOURS      CUR.       Y-T-D                         CUR.       Y-T-D
         -------------------------------------------------------------------------
REGULAR   72.00     1834.61     5050.00    FED TAX         245.05      715.92
HOLIDAY                          784.61    FICA TAX 1      123.45      365.58
PTO PAY    8.00      203.85      203.85    FICA TAX 2       28.87       85.50
                                           GROUP HEALTH     34.95      104.85
                                           GROUP DENTAL     12.34       37.02
                                           UNITED WAY        2.00        6.00


Incent Used      .00    Incent Bal     .00
 PTO Used      44.00    PTO Balance  36.00    Renewal Date   3/19/2013

  CUR GROSS       CUR TAX       CUR DED       CUR REIMB       CUR NET
 -------------------------------------------------------------------------
   2038.46        397.37         49.29                         1591.80


  YTD GROSS       YTD TAX       YTD DED       YTD REIMB       YTD NET
 -------------------------------------------------------------------------
   6038.46       1167.00        147.87                         4723.59
```

```
2/18/2013                    DIRECT DEPOSIT SUMMARY                              PRRB60
```

SHARON L CRICHTON

DEPOSIT DATE   2/22/2013

W/H 01    DEPT 21

EMPLOYEE #    2178



JDS Industries, Inc.

```
AMOUNT DEPOSITED:        1591.80           Direct Deposit #   22639

             HOURS      CUR.      Y-T-D                         CUR.        Y-T-D
             -----      ----      -----                         ----        -----
REGULAR      80.00    2038.46    7088.46    FED TAX           245.05       960.97
HOLIDAY                            784.61    FICA TAX 1       123.45       489.03
PTO PAY                            203.85    FICA TAX 2        28.87       114.37
                                             GROUP HEALTH      34.95       139.80
                                             GROUP DENTAL      12.34        49.36
                                             UNITED WAY         2.00         8.00


Incent Used      .00   Incent Bal      .00
  PTO Used    44.00    PTO Balance   36.00   Renewal Date   3/19/2013

  CUR GROSS       CUR TAX       CUR DED      CUR REIMB       CUR NET
  ---------       -------       -------      ---------       -------
   2038.46         397.37         49.29                      1591.80


  YTD GROSS       YTD TAX       YTD DED      YTD REIMB       YTD NET
  ---------       -------       -------      ---------       -------
   8076.92        1564.37        197.16                      6315.39
```

```
3/04/2013                    DIRECT DEPOSIT SUMMARY                          PRRB60
```


JDS Industries, Inc.

```
SHARON L CRICHTON

DEPOSIT DATE   3/08/2013

W/H 01    DEPT 21

EMPLOYEE #    2178


AMOUNT DEPOSITED:         1591.80           Direct Deposit #   22829

             HOURS      CUR.       Y-T-D                         CUR.        Y-T-D
-----------------------------------------------------------------------------------
REGULAR      76.00     1936.54    9025.00   FED TAX            245.05      1206.02
HOLIDAY                            784.61   FICA TAX 1         123.45       612.48
PTO PAY       4.00      101.92     305.77   FICA TAX 2          28.87       143.24
                                            GROUP HEALTH        34.95       174.75
                                            GROUP DENTAL        12.34        61.70
                                            UNITED WAY           2.00        10.00


Incent Used       .00    Incent Bal      .00
  PTO Used     48.00     PTO Balance   40.00   Renewal Date  3/19/2013

  CUR GROSS       CUR TAX       CUR DED      CUR REIMB       CUR NET
-----------------------------------------------------------------------------------
   2038.46        397.37         49.29                       1591.80


  YTD GROSS       YTD TAX       YTD DED      YTD REIMB       YTD NET
-----------------------------------------------------------------------------------
  10115.38       1961.74        246.45                       7907.19
```

3/19/2013                    DIRECT DEPOSIT SUMMARY                    PRRB60

SHARON L CRICHTON

DEPOSIT DATE   3/22/2013

W/H 01   DEPT 21

EMPLOYEE #   2178

**JDS Industries, Inc.**

AMOUNT DEPOSITED:        1591.80         Direct Deposit #   23013

|         | HOURS | CUR.    | Y-T-D    |             | CUR.   | Y-T-D   |
|---------|-------|---------|----------|-------------|--------|---------|
| REGULAR | 64.00 | 1630.76 | 10655.76 | FED TAX     | 245.05 | 1451.07 |
| HOLIDAY |       |         |   784.61 | FICA TAX 1  | 123.45 |  735.93 |
| PTO PAY | 16.00 |  407.70 |   713.47 | FICA TAX 2  |  28.87 |  172.11 |
|         |       |         |          | GROUP HEALTH|  34.95 |  209.70 |
|         |       |         |          | GROUP DENTAL|  12.34 |   74.04 |
|         |       |         |          | UNITED WAY  |   2.00 |   12.00 |

Incent Used    .00   Incent Bal    .00
  PTO Used  64.00   PTO Balance  24.00   Renewal Date  3/19/2013

| CUR GROSS | CUR TAX | CUR DED | CUR REIMB | CUR NET |
|-----------|---------|---------|-----------|---------|
| 2038.46   | 397.37  | 49.29   |           | 1591.80 |

| YTD GROSS | YTD TAX | YTD DED | YTD REIMB | YTD NET |
|-----------|---------|---------|-----------|---------|
| 12153.84  | 2359.11 | 295.74  |           | 9498.99 |

```
4/01/2013                        DIRECT DEPOSIT SUMMARY                              PRRB60
```



JDS Industries, Inc.

```
SHARON L CRICHTON

DEPOSIT DATE   4/05/2013

W/H 01    DEPT 21

EMPLOYEE #    2178


AMOUNT DEPOSITED:        1591.80           Direct Deposit #   23202

              HOURS       CUR.       Y-T-D                          CUR.        Y-T-D
              -----       ----       -----                          ----        -----
REGULAR       80.00     2038.46    12694.22    FED TAX             245.05      1696.12
HOLIDAY                              784.61    FICA TAX 1          123.45       859.38
PTO PAY                              713.47    FICA TAX 2           28.87       200.98
                                               GROUP HEALTH         34.95       244.65
                                               GROUP DENTAL         12.34        86.38
                                               UNITED WAY            2.00        14.00


Incent Used        .00   Incent Bal      .00
   PTO Used        .00   PTO Balance  104.00   Renewal Date   3/19/2014


 CUR GROSS        CUR TAX      CUR DED     CUR REIMB      CUR NET
 ---------        -------      -------     ---------      -------
  2038.46          397.37        49.29                    1591.80


 YTD GROSS        YTD TAX      YTD DED     YTD REIMB      YTD NET
 ---------        -------      -------     ---------      -------
 14192.30         2756.48       345.03                   11090.79
```

```
4/15/2013                    DIRECT DEPOSIT SUMMARY                         PRRB60
```

SHARON L CRICHTON

DEPOSIT DATE   4/19/2013

W/H 01    DEPT 21

EMPLOYEE #    2178

**JDS Industries, Inc.**

```
AMOUNT DEPOSITED:        1591.80         Direct Deposit #   23387

              HOURS      CUR.       Y-T-D                          CUR.         Y-T-D
              -----      ----       -----                          ----         -----
REGULAR       40.00    1019.22    13713.44    FED TAX            245.05       1941.17
HOLIDAY                             784.61    FICA TAX 1         123.45        982.83
PTO PAY       40.00    1019.24     1732.71    FICA TAX 2          28.87        229.85
                                              GROUP HEALTH        34.95        279.60
                                              GROUP DENTAL        12.34         98.72
                                              UNITED WAY           2.00         16.00


Incent Used     .00    Incent Bal      .00
  PTO Used   40.00     PTO Balance   68.00    Renewal Date   3/19/2014


   CUR GROSS        CUR TAX        CUR DED      CUR REIMB       CUR NET
   ---------        -------        -------      ---------       -------
    2038.46          397.37          49.29                       1591.80


   YTD GROSS        YTD TAX        YTD DED      YTD REIMB       YTD NET
   ---------        -------        -------      ---------       -------
   16230.76         3153.85         394.32                      12682.59
```

```
4/29/2013                    DIRECT DEPOSIT SUMMARY                              PRRB60
```



JDS Industries, Inc.

```
SHARON L CRICHTON

DEPOSIT DATE  5/03/2013

W/H 01    DEPT 21

EMPLOYEE #    2178


AMOUNT DEPOSITED:       1591.80          Direct Deposit #   23580

             HOURS      CUR.       Y-T-D                          CUR.        Y-T-D
           --------------------------------          ----------------------------------
REGULAR    72.00     1834.61     15548.05    FED TAX          245.05      2186.22
HOLIDAY                            784.61    FICA TAX 1       123.45      1106.28
PTO PAY     8.00      203.85      1936.56    FICA TAX 2        28.87       258.72
                                             GROUP HEALTH      34.95       314.55
                                             GROUP DENTAL      12.34       111.06
                                             UNITED WAY         2.00        18.00


Incent Used      .00    Incent Bal     .00
  PTO Used    48.00    PTO Balance   60.00    Renewal Date  3/19/2014

  CUR GROSS       CUR TAX      CUR DED     CUR REIMB      CUR NET
 ---------------------------------------------------------------------
   2038.46        397.37        49.29                     1591.80


  YTD GROSS       YTD TAX      YTD DED     YTD REIMB      YTD NET
 ---------------------------------------------------------------------
  18269.22       3551.22       443.61                    14274.39
```

```
5/13/2013                      DIRECT DEPOSIT SUMMARY                              PRRB60
```



**JDS Industries, Inc.**

```
SHARON L CRICHTON

DEPOSIT DATE   5/17/2013

W/H 01    DEPT 21

EMPLOYEE #    2178


AMOUNT DEPOSITED:        1591.80          Direct Deposit #   23764

               HOURS       CUR.        Y-T-D                              CUR.         Y-T-D
            ---------------------------------         ---------------------------------------
REGULAR      72.00      1834.61     17382.66     FED TAX          245.05      2431.27
HOLIDAY                              784.61     FICA TAX 1       123.45      1229.73
PTO PAY       8.00       203.85      2140.41     FICA TAX 2        28.87       287.59
                                                 GROUP HEALTH      34.95       349.50
                                                 GROUP DENTAL      12.34       123.40
                                                 UNITED WAY         2.00        20.00


Incent Used        .00    Incent Bal      .00
  PTO Used      56.00    PTO Balance    52.00    Renewal Date  3/19/2014

  CUR GROSS        CUR TAX        CUR DED       CUR REIMB       CUR NET
  ----------------------------------------------------------------------
    2038.46         397.37         49.29                         1591.80


  YTD GROSS        YTD TAX        YTD DED       YTD REIMB       YTD NET
  ----------------------------------------------------------------------
   20307.68        3948.59        492.90                        15866.19
```