UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 13-40290 |
| | ) | Chapter 7 |
| SHARON L. CRICHTON | ) | |
| SSN/ITIN xxx-xx-0237 | ) | |
| | ) | OBJECTION TO DEBTOR'S |
| Debtor. | ) | AMENDED SCHEDULE C |
| | ) | AND MOTION FOR TURNOVER |

COMES NOW the Chapter 7 Trustee and objects to Debtor's claimed exemptions and, further, moves the Court for an order requiring turnover of property by the Debtor.

1. OBJECTION TO AMENDED SCHEDULE C

Specifically, the Trustee objects on the basis that the Debtor's claimed exempt property under S.D.C.L. § 43-45-4 exceeds the Debtor's exemption limit of $4,000.00 by $822.07 based upon the following:

| Asset | Amount Exempted |
|---|---|
| Cash | 26.00 |
| Bank Accounts | 70.24 |
| Household Goods | 1,675.00 |
| Collectibles | 235.00 |
| Hobby | 25.00 |
| Earned Wages | 795.83 |
| Accrued Vacation | 1,325.00 |
| Tax Refund | 520.00 |
| Dogs | 50.00 |
| Other Misc. Personal Property | 100.00 |
| Total | $4,822.07 |

2. MOTION FOR TURNOVER

Based on the information provided on the Debtor' schedules and testimony at the § 341 meeting, the value of the Debtor' personal property is as follows:

| Asset | Trustee Value | Amount Exempted |
|---|---|---|
| Cash | 26.00 | 26.00 |
| Bank Accounts | 70.24 | 70.24 |
| Household Goods | 1,675.00 | 1,675.00 |
| Collectibles | 235.00 | 235.00 |
| Hobby | 25.00 | 25.00 |
| Earned Wages | 795.83 | 795.83 |
| Accrued Vacation | 1,325.00 | 1,325.00 |
| Tax Refund | Unknown | 520.00 |
| Dogs | 50.00 | 50.00 |
| Other Misc. Personal Property | 100.00 | 100.00 |
| Total | $4,302.07 | $4,822.07 |

Debtor has $822.07 of non-exempt personal property equity in excess of Debtor's personal property exemption limit. Additionally, 141/365ths of Debtor's 2013 federal income tax refund, less the $520.00 claimed exempt, is property of the bankruptcy estate.

Wherefore, the Trustee would hereby request that the Court sustain the Trustee's objection to Debtor' amended Schedule C, and order the Debtor to turnover to the Trustee $822.07; the pre-petition amount of Debtor's 2013 federal income tax refund which has not been claimed exempt; and for such other and further relief as is deemed appropriate by the Court under the circumstances.

Dated this 5th day of August, 2013.

FITE, PIERCE& RONNING LAW OFFICE

/s/ Lee Ann Pierce
Chapter 7 Bankruptcy Trustee
316 Fourth Street, P.O. Box 524
Brookings, SD 57006-0524
Phone:  605/692-9415
Fax:  605/692-1433